## 86-631

The STATE of South Carolina, Respondent v. Kirk R. LEONARD and Richard E. Harrison, Jr., of whom Kirk R. Leonard is Petitioner.

(348 S. E. (2d) 176)

Supreme Court

## Sept. 17, 1986.

## ORDER

Petitioner asks this Court to issue a writ of certiorari to review the decision of the Court of Appeals in *State v. Leonard*, 287 S. C. 462, 339 S. E. (2d) 159 (Ct. App. 1986). We grant the writ to review the following question: Did the trial judge err in instructing the jury that both defendants could be found guilty of reckless homicide?

It is so ordered.